October 17, 1994
 [NOT FOR PUBLICATION]
 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 94-1179

 JAMES WILEY NICHOLS,

 Plaintiff, Appellant,

 v.

 UNITED STATES OF AMERICA,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Carmen C. Cerezo, U.S. District Judge]
 

 

 Before

 Selya, Cyr and Boudin,
 Circuit Judges.
 

 

James Wiley Nichols on brief pro se.
 
Guillermo Gil, United States Attorney, and Juan A. Pedrosa,
 
Assistant United States Attorney, on brief for appellee.

 

 

 Per Curiam. Petitioner, James Wiley Nichols,
 

appeals from the denial of his second petition under 28

U.S.C. 2255 to set aside, vacate or correct his sentence.

For the reasons stated by the district court, we affirm its

decision dismissing the petition as an abuse of the writ and

amending petitioner's sentence to substitute the term of

special parole imposed with a term of supervised release of

identical length.

 Affirmed.